**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00164-REB-KLM

SANJAY ISRANI, on behalf of himself and all other similarly situated,

    Plaintiff,

v.

VENOCO, INC.,
TIMOTHY M. MARQUEZ,
J.C. McFARLAND,
JOEL L. REED,
DONNA L. LUCAS,
M.W. SCOGGINS,
RICHARD S. WALKER, and
MARK A. SNELL,

    Defendants

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before me on the **Joint Motion To Administratively Close Case** [#25][1] filed July 25, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Administratively Close Case** [#25] filed July 25, 2012, is **GRANTED**;

    2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated July 27, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge